SMITH *v.* ADAMS.

ERROR to the *Dearborn* Circuit Court.

*Per Curiam.*—The judgment in this case is reversed with costs, and the cause remanded, for the reasons given in the case of *Barker* v. *Adams*, at the present term. (1)

*J. Ryman*, for the plaintiff.

*A. Brower*, for the defendant.

(1) *Ante*, p. 574.